MILLER NASH GRAHAM & DUNN LLP
Nicole M. McLaughlin, Bar No. 272019
nicole.mclaughlin@millernash.com
Phillip Allan Trajan Perez, Bar No. 234030
trajan.perez@millernash.com
Julianne M. Avery, Bar No. 315578
julianne.avery@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone: 562.435.8002
Facsimile: 562.435.7967

Attorneys for Plaintiff
TESORO REFINING & MARKETING
COMPANY LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>S&S FUEL, INC., a California Corporation, SUKHDEV SINGH, individually and on behalf of his marital community, L'INC D'ALINE CORPORATION, a California corporation, and ZAAL JOHN HADDADIN, an individual, and DOES 1-10, inclusive;<br><br>Defendants. | Case No. 8:19-cv-01418-DOC-ADS<br><br>**FINAL JUDGMENT**<br><br>Courtroom.: 9D<br>Judge: Hon. David O. Carter |

Plaintiff TESORO REFINING & MARKETING COMPANY LLC ("TRMC") brought the present action against Defendants S&S FUEL, INC.

MILLER NASH
GRAHAM & DUNN
LLP
ATTORNEYS AT LAW
LONG BEACH

FINAL JUDGMENT

("S&S"), SUKHDEV SINGH ("Singh"), L'INC D'ALINE CORPORATION ("L'Inc"), and ZAAL JOHN HADDADIN ("Haddadin") (collectively, "Defendants") alleging breach of contract, breach of contract –continuing guaranty, intentional interference with contractual relations, violation of the Lanham Act, and other related causes of action.

On March 30, 2020, this Court granted TRMC's Motion for Partial Summary Judgment as to (1) TRMC's first cause of action for breach of contract against Defendant S&S, (2) TRMC's second cause of action for breach of contract – continuing guaranty against Defendant Singh; and (3) TRMC's third cause of action for intentional interference with contractual relations against Defendants L'Inc and Haddadin.

TRMC subsequently filed a stipulation dismissing TRMC's fourth (federal trademark and service mark infringement under 15 U.S.C. §1114), fifth (violation of business and professions code, §17200, et seq.), sixth (violation of business and professions code, §17500, et seq.), and seventh (declaratory relief) causes of action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Final Judgment shall be entered in favor of Plaintiff TRMC and against all Defendants pursuant to Federal Rule of Civil Procedure 58(a) on each of the following grounds, as set forth in and in accordance with the Order granting TRMC's Motion for Partial Summary Judgment dated March 30, 2020 [Docket No. 69]:

1. Defendant S&S is liable to TRMC for: (1) ONE HUNDRED THIRTY FOUR THOUSAND TWO HUNDRED SEVENTEEN DOLLARS AND FORTY ONE CENTS ($134,217.41) of fuel products, which includes $123,866.89 in principal amount due with 10% per annum interest thereon calculated from May 30, 2019 to March 30, 2020. Post judgment interest will accrue on fuel products at a rate of 10% per annum at the rate of $33.94 per day; (2) FIVE HUNDRED

MILLER NASH
GRAHAM & DUNN
LLP
ATTORNEYS AT LAW
LONG BEACH

- 2 -

FINAL JUDGMENT

SEVENTY SEVEN THOUSAND FOUR HUNDRED NINETY ONE DOLLARS AND THIRTY SEVEN CENTS ($577,491.37) in liquidated damages, which includes the principal amount of $540,750.00, plus 10% per annum interest accrued from July 26, 2019 to March 30, 2020. Post judgment interest will accrue on liquidated damages at a rate of 10% per annum at the rate of $148.15 per day; and (3) SEVEN HUNDRED TWENTY SIX THOUSAND FOUR HUNDRED TEN DOLLARS AND NINETY SIX CENTS ($726,410.96) for repayment of the Area Bonus Payment Reimbursement Agreement loan, which includes a $675,000 loan amount, plus interest at 10% per annum from June 26, 2019 to March 30, 2020. Post judgment interest will accrue on damages under the Area Bonus Payment Reimbursement Agreement at a rate of 10% per annum at the rate of $184.93 per day (collectively, "Breach of Contract Damages").

2. Defendant Singh is individually liable to TRMC for the Breach of Contract Damages and for TRMC's attorney's fees and costs incurred in the enforcement of the personal guaranty, in an amount to be determined by proof.

3. Defendants L'Inc and Haddadin are jointly and severally liable to TRMC for the Breach of Contract Damages resulting from their tortious conduct.

IT IS FURTHER ORDERED that this Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Final judgment.

This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated: __April 9__, 2020

_/s/ David O. Carter_
Honorable David O. Carter