MITCHELL B. GREENBERG (SBN 114878)
mgreenberg@abbeylaw.com
MICHAEL R. WANSER (SBN 283822)
mwanser@abbeylaw.com
**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Cross-Defendant
POPPY BANK, a California corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>S&S FUEL, INC., a California Corporation, SUKHDEV SINGH, individually and on behalf of his marital community, L'INC D'ALINE Corporation, a California corporation, ZAAL JOHN HADDADIN, an individual, and DOES 1-10, inclusive;<br><br>Defendants.<br>_____<br>S&S FUEL, INC., a California Corporation, SUKHDEV SINGH, an individual,<br><br>Cross Claimants,<br><br>v.<br><br>L'INC D'ALINE Corporation, a California corporation, ZAAL JOHN HADDADIN, an individual, POPPY BANK, a California Corporation, and ROES 1-10, inclusive, | Case No. 8:19-cv-01418 DOC(ADSx)<br><br>Hon. David O. Carter<br><br>**FINAL JUDGMENT [155]**<br><br>Date: March 1, 2021<br>Time: 8:30 a.m.<br>Ctrm: 9D |

-1-
FINAL JUDGMENT

Cross Defendants.

Cross-Claimants S & S Fuel, Inc. ("S&S") and Sukhdev Singh ("Singh") brought Cross Claims in this action against Cross-Defendant Poppy Bank in Docket #17 alleging intentional misrepresentation, equitable indemnity and declaratory relief causes of action.

On September 25, 2019 the Court entered an Order Compelling Arbitration and Dismissing Cross-Claim Without Prejudice (Docket #36).  After the matter was sent to arbitration, additional claims on behalf of S & S and Singh, and against Poppy Bank, were added by the arbitrator, which included intentional interference with contract and actual fraud (Civil Code Section 1572) ("Additional Claims").

On January 6, 2021, the Arbitrator, the Honorable Stephen J. Sundvold, ret., issued his Corrected Final Arbitration Award ("Final Award").  The Final Award determined that (1) Poppy Bank bears no liability to S & S or to Singh for any of the Cross Claims stated in this action, nor for any of the Additional Claims and (2) Poppy Bank is entitled to attorney fees in the amount of $108,203.48, costs in the amount of $2,500 and JAMS fees in the amount of $8,642.76.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Final Judgment shall be entered in favor of Poppy Bank and against S & S and Singh pursuant to Federal Rule of Civil Procedure 58(a) on the grounds set forth in the Final Award.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that S & S and Singh are, jointly and severally liable to Poppy Bank for (1) attorney fees in the amount of ONE HUNDRED EIGHT THOUSAND TWO HUNDRED THREE DOLLARS AND FORTY-EIGHT CENTS ($108,203.48), (2) costs in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500) and (3) JAMS fees in the amount of EIGHT THOUSAND SIX HUNDRED FORTY-TWO DOLLARS AND SEVENTY-SIX CENTS ($8,642.76).

-3-

**IT IS FURTHER ORDERED** that this Court retains jurisdiction of this matter for purposes of construction, modification and enforcement of this Final Judgment.

This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated: February 24, 2021    _____

*David O. Carter*

The Honorable David O. Carter